JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KENDRA CASTANEDA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF FULLERTON; CITY OF FULLERTON POLICE DEPARTMENT; RONALD BAIR and DOES 1-10,<br><br>　　　　　Defendants. | Case No. SACV 14-1460 JLS (RNBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that the above-entitled matter is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: August 20, 2015

　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Josephine L. Staton
　　　　　　　　　　　　　　　　　United States District Court Judge

- 1 -
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE